January 16, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00015-CV

THE STATE OF TEXAS, Appellant

V.

HAMID TABDILI, Appellee

_____

This cause, an appeal from an order in favor of appellee, Hamid Tabdili, signed, December 21, 2023, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the order of the court below **AFFIRMED**.

We further order this decision certified below for observance.

Judgment Rendered January 16, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.